# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DONNA TIRVA, as Independent Administrator of the Estate of JACQUELINE LUCZAK, )<br><br>Plaintiff, )<br><br>v. )<br><br>HILTON-SPENCERPORT EXPRESS INC., et al. )<br><br>Defendants. ) | No._____ |

## NOTICE OF REMOVAL

NOW COME Defendants, HILTON-SPENCERPORT EXPRESS, INC. and THOMAS COLE by and through their attorney, JEFFREY E. KEHL of DOWNEY & LENKOV LLC, and hereby file this Notice of Removal of the above-captioned action to the United States District Court for the Northern District of Illinois from the Circuit Court of Cook County, Law Division, where the action is currently pending, as provided by 28 U.S.C. § 1441 and § 1446.

1. In accordance with 28 U.S.C. § 1441 and § 1446, Defendants submit that the United States District Court for the Northern District of Illinois has jurisdiction over this case under 28 U.S.C. § 1332(a) and submit the following matters as proof thereof.

2. This is a lawsuit brought by citizens of the State of Illinois and/or Ohio against citizens of the State of New York for a claim in which the amount of controversy

exceeds $75,000.00. Pursuant to 28 U.S.C. § 1332, the United States District Court for the Northern District of Illinois has diversity jurisdiction over this case.

3. On 2/3/23, Plaintiffs caused their Complaint to be filed against HILTON-SPENCERPORT EXPRESS, INC. and THOMAS COLE, and others, in the Circuit Court of Cook County, Law Division under docket number 2023 L 001159. A copy of the Circuit Court's Docket is attached as **Exhibit A.**

4. None of the named Defendants have been served with a summons and Complaint. However, on 2/7/23, Counsel for HILTON-SPENCERPORT EXPRESS, INC. and THOMAS COLE received a courtesy copy of the Cook County Complaint. On 2/15/23, Counsel for HILTON-SPENCERPORT EXPRESS, INC. and THOMAS COLE received a summons and proposed waiver of service.

5. HILTON-SPENCERPORT EXPRESS, INC. and THOMAS COLE entered their Appearance in the Circuit Court of Cook County Illinois on 3/1/23.

6. On information and belief, Plaintiff's decedent, Jacqueline Lucsak, was a resident of Cicero, Illinois. Plaintiffs Donna Tirva, Leo Tirva, Delilah Tirva, and Lena Tirva are residents of Brookfield, Illinois. All Plaintiffs are citizens of either the State of Illinois or the State of Ohio.

7. Defendant Thomas Cole is a resident and citizen of the State of New York.

8. Defendant Hilton-Spencerport Express, Inc. is a New York Corporation with its headquarters and principal place of business in Kendall, New York. It is a citizen of the State of New York.

9. Per the docket of the Circuit Court of Cook County, none of the other named Defendants have been served with the Complaint and Summons. As such, their citizenship is not considered in determining whether this court has jurisdiction. 28 U.S.C. §1441(b)(2). By the same token, as of the filing of this Notice of Removal, the consent of the other named Defendants is not required in order for this court to have jurisdiction over this case. 28 U.S.C. §1446(b).

10. Per the Complaint, all claims of all Plaintiffs arise out of a single motor vehicle collision on I-80 in the State of Indiana in which the allegedly stopped vehicle in which Plaintiffs were passengers was rear-ended by the truck operated by Chasen Thompson. In addition to the claims on behalf of the Estate of Jacqueline Lucsak for the alleged wrongful death of Ms. Lucsak, who is alleged to have left numerous heirs, the other Plaintiffs all claim that they sustained permanent and severe personal injuries, incurred and will incur ambulance, hospital, diagnostic, therapeutic, and other medical expenses, suffered and will continue to suffer physical pain, mental suffering, terror, fright, humiliation, loss of enjoyment of life, disability, disfigurement, and sustained other injuries and damages of a personal and pecuniary nature. For each Plaintiff, damages are claimed to be in excess of $50,000. Defendants submit that the preponderance of evidence establishes that the aggregate claims exceed the jurisdictional amount of $75,000.00. 28 U.S.C. §1446(c)(2)(B).

11. Copies of all process, pleadings, and orders of record in the Circuit Court are attached hereto as **Exhibit B.**

12.  This Petition has been brought within 30 days of the Defendants receiving the Complaint through service or otherwise.

WHEREFORE, Defendants, HILTON-SPENCERPORT EXPRESS, INC. and THOMAS COLE, remove the above-entitled cause of action from the Circuit Court of County, Law Division, to this court.

By:  /s/ Jeffrey E. Kehl
     Attorney for Defendants

Jeffrey E. Kehl, #6202169
Downey & Lenkov LLC
30 North LaSalle Street, Suite 3600
Chicago, IL 60602
(312) 377-1501
jkehl@dl-firm.com

## **CERTIFICATE OF SERVICE**

I certify that on March 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Karen A. Enright
Costello, McMahon, Gilbreth, & Murphy, Ltd.
150 North Wacker Drive, Suite 3050
Chicago, IL 60606
kenright@costellaw.com

                                                    /s/ Jeffrey E. Kehl